RECEIVED
MAY 01 2013

# HANNYE LLC

A PENNSYLVANIA LLC WITH LAW OFFICES IN
HADDONFIELD, NJ AND BALA CYNWYD, PA

SCHNEIDER
strate Judge

Richard S. Hannye
Managing Attorney
Admitted in NJ, PA, DC
Email hannye@hannye.pro

128 West Cottage Avenue
Haddonfield, NJ 08033
856 428 1775
Fax 856 428 1919

May 1, 2013

Magistrate Judge Joel Schneider
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza
4th & Cooper Streets, Room 2060
Camden, New Jersey 08101

**VIA TELEFAX – (856) 757-5355**

Re: Fred Adami and Jack Varner v. Cardo Windows, Inc. d/b/a "Castle 'The Window People'", et al
Docket No. 1:12-cv-02804-JBS-JS

Dear Magistrate Judge Schneider:

The parties have been diligently taking class discovery depositions including the depositions of plaintiff, Fred Adami and defendants, Christopher Cardillo, Sr., Nicholas Cardillo and Edward Jones. We will complete the deposition of defendant, John Belmonte tomorrow and the deposition of defendant, Christopher Cardillo, Jr. is scheduled for Friday of this week. The deposition of plaintiff, Jack Varner is scheduled for May 7, 2013.

To the point, class certification discovery was scheduled to end on April 30, 2013 pursuant to Your Honor's March 8, 2013 Amended Scheduling Order. Due to the scheduling conflicts of counsel and the deponents, class certification discovery will not be completed until May 7, 2013 as set forth above. I will not have the transcript of the deposition of plaintiff, Jack Varner until at least May 13, 2013 making it extremely difficult for me to file plaintiff's motion for class certification by May 15, 2013 pursuant to the March 8, 2013 Amended Scheduling Order.

Additionally, defendants have not yet answered Plaintiffs' Amended Complaint because Defendants' Motion to Dismiss certain Counts of Plaintiffs' Amended Complaint is still pending. I am unaware of any case law that would prevent class certification from occurring prior to defendants' answer to the complaint but this is probably because it has never happened.

Given the above I respectfully request a telephonic case management conference to discuss setting a new deadline for the filing of plaintiffs' class certification motion. Alternatively, I would request that the deadline for the filing of plaintiffs' preliminary class certification motion be moved to May 31, 2013.



# HANNYE LLC
A PENNSYLVANIA LLC WITH LAW OFFICES IN
HADDONFIELD, NJ AND BALA CYNWYD, PA

May 1, 2013
Page Two

Thank you for your time and consideration.

Very truly yours,

HANNYE LLC

Richard S. Hannye

RSH:dd
cc: Michaels Homans, Esquire

For good cause shown, the deadline to file motion for class certification moved to May 31, 2013.

So Ordered this 1st day of May, 2013.

JOEL SCHNEIDER, USMJ