

Four Penn Center
1600 John F. Kennedy Boulevard
2nd Floor
Philadelphia, PA 19103
(215) 279-9393
Fax: (215) 279-9394
www.flastergreenberg.com

MICHAEL D. HOMANS
Member of PA, NJ & NY Bars
Direct Dial: (215) 279-9379
E-Mail: michael.homans@flastergreenberg.com

July 24, 2013

**BY ELECTRONIC FILING AND FIRST-CLASS MAIL**

The Honorable Jerome B. Simandle, Chief Judge
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Courtroom 4A
Camden, NJ 08101

Re: Fred Adami v. Cardo Windows, Inc., et al.
Civil No. 1:12-02804 (JBS/JS)

Dear Judge Simandle:

This letter is to confirm the call from Your Honor's clerk yesterday, indicating that Your Honor has granted the defendants' requested two-week extension on the time to respond to the pending motion for conditional and class certification, with the response now being due August 6, 2013, and any reply due by August 13, 2013.

This also confirms the message that if any further extensions are required, the parties must seek approval of the Court.

Respectfully submitted,

FLASTER/GREENBERG P.C.

Michael D. Homans

cc: Richard S. Hannye, Esq. (via ECF)

3355093 v1