UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRED ADAMI and JACK F. VARNER each individually, each on behalf of all others similarly situated and each collectively with all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>CARDO WINDOWS, INC. d/b/a "CASTLE 'THE WINDOW PEOPLE'" AND ITS SUCCESSORS AND ASSIGNS, CHRISTOPHER CARDILLO, SR., CHRISTOPHER CARDILLO, JR., NICHOLAS CARDILLO, EDWARD JONES, JOHN J. BELMONTE, PAT TRICOCCI AND NICHOLAS BRUCATO, JOINTLY, SEVERALLY AND IN THE ALTERNATIVE<br><br>Defendants. | CIVIL NO. 1:12-cv-02804 (JBS/JS)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS, FRED ADAMI AND JACK F. VARNER'S
MOTION TO DISMISS DEFENDANT,
CARDO WINDOWS, INC.'S COUNTERCLAIM
FOR BREACH OF CONTRACT**

Plaintiffs, Fred Adami and Jack F. Varner hereby move this Court for an Order granting Plaintiffs' Motion to Dismiss Defendants' Counterclaim for Breach of Contract. Plaintiffs' shall rely upon their brief in support of this motion.

HANNYE, LLC
Attorneys for Plaintiffs

Dated: 8-26-13

By: _____
Richard S. Hannye
128 West Cottage Avenue
Haddonfield, New Jersey 08033
(856) 428-1775
(856) 428-1919 – telefax
hannye@hannye.pro