# HANNYE LLC

A PENNSYLVANIA LLC WITH LAW OFFICES IN
HADDONFIELD, NJ AND BALA CYNWYD, PA

Richard S. Hannye
Managing Attorney
Admitted in NJ, PA, DC
Email   hannye@hannye.pro

128 West Cottage Avenue
Haddonfield, NJ  08033
856 428 1775
Fax   856 428 1919

August 28, 2013

**ELECTRONICALLY FILED VIA COURT'S ECF
SYSTEM WITH COURTESY COPY BY REGULAR MAIL**

Chief Judge Jerome B. Simandle
Mitchell H. Cohen Building & U.S. Courthouse
1 John F. Gerry Plaza, Room 6010
P.O. Box 888
Camden, New Jersey 08101-0888

>   Re:   Fred Adami and Jack Varner v. Cardo Windows, Inc. d/b/a "Castle 'The Window People'", et al
>         Docket No. 1:12-cv-02804-JBS-JS

Dear Chief Judge Simandle:

This letter will confirm that Your Honor has granted plaintiffs a 3 page extension to the 15 page limit set forth in Local Rule 7.2 for Plaintiffs' Reply Brief in Support of Motion for Class Certification in the above-referenced case.

Thank you for your time and consideration.

Very truly yours,

HANNYE LLC

Richard S. Hannye

RSH:dd
cc:   Michael Homans, Esquire (via e-filing)