# HANNYE LLC

A PENNSYLVANIA LLC WITH LAW OFFICES IN
HADDONFIELD, NJ AND BALA CYNWYD, PA

Richard S. Hannye
Managing Attorney
Admitted in NJ, PA, DC
Email  hannye@hannye.pro

128 West Cottage Avenue
Haddonfield, NJ  08033
856 428 1775
Fax  856 428 1919

September 5, 2013

**ELECTRONICALLY FILED VIA COURT'S ECF
SYSTEM WITH COURTESY COPY BY REGULAR MAIL**

Chief Judge Jerome B. Simandle
Mitchell H.Cohen Building &U.S. Courthouse
1 John F. Gerry Plaza, Room 6010
P.O. Box 888
Camden, New Jersey 08101-0888

Re:  Fred Adami and Jack Varner v. Cardo Windows, Inc. d/b/a "Castle 'The Window People'", et al
Docket No. 1:12-cv-02804-JBS-JS

Dear Chief Judge Simandle:

Plaintiffs' object to defendants' request for permission to file a sur-reply brief in response to Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Conditional Certification of an FLSA "Opt-In" Collective Action and Certification of a Rule 23 "Opt-Out" State Wage Class Action (the "Class Certification Motion").  Your Honor has scheduled oral argument on the Class Certification Motion for November 19, 2013 at 1:30 p.m. and defense counsel can argue the issues raised in their September 3, 2013 letter to the Court during oral argument.

Additionally, defendants' September 3, 2013 letter is, in effect, a two page sur-reply brief raising seven factual and/or legal arguments.  Plaintiffs will refrain at this time from providing a substantive response which would, in essence, constitute a sur-sur-reply brief without Court permission. That being said, plaintiffs' counsel would be more than willing to provide such a substantive response if it would be helpful to the Court.

Thank you for your time and consideration.

Very truly yours,

HANNYE LLC

Richard S. Hannye

RSH:dd
cc:   Michael Homans, Esquire (via e-filing)