UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE:  CAMDEN                                      December 16, 2013

**CHIEF JUDGE JEROME B. SIMANDLE**

Court Reporter:  Lisa Marcus

Title of Case:                                       Docket #  Civil 12-2804(JBS/JS)
ADAMI
   VS.
CARDO WINDOWS, INC.

Appearances:
Richard Hannye, Esq. for plaintiffs
Michael Homans, Esq. for defts.

Nature of Proceedings:     MOTION HEARING
Hearing on first motion to certify class by plaintiffs (43)
Ordered motion dismissed without prejudice in part and decision reserved in part.
Hearing on motion to seal document (66)
Ordered decision reserved
Hearing on motion to dismiss counter claim for breach of contract by plaintiffs(74)
Ordered decision reserved


Time Commenced 2:30 pm Time Adjourned 5:15 pm Total Time: 2 Hrs. 45 Minutes


                                    s/ *Marnie Maccariella*
                                    **DEPUTY CLERK**


cc:  Chambers