UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRED ADAMI,<br><br>            Plaintiff,<br><br>vs.<br><br>CARDO WINDOWS, INC., et al.,<br><br>            Defendants. | CIVIL NO. 1:12-02804 (JBS) (JS) |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Fred Adami ("Adami") hereby dismisses the Amended Complaint and all claims against all defendants with prejudice, and Defendant Cardo Windows, Inc. hereby dismisses the Counterclaims against Adami with prejudice, all pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATE: June 22, 2016

_Richard Hannye, Esq._
Hannye, LLC
128 West Cottage Avenue
Haddonfield, NJ 08033-3306
Attorney for Plaintiff

_Michael D. Hornans, Esq._
Flaster/Greenberg, P.C.
1600 JFK BLVD, Floor 2
Philadelphia, PA 19103
Attorney for Defendants

So Ordered this 29th day of June, 2016.

_Jerome B. Simandle, Chief U.S. District Judge_